AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

JUDGE CASTEL

Southern District of New York

Pi Wan CHEN and Ji Xian XIAO

V.

Michael Chertoff, Emilio T. Gonzalez, Michael Mukasey, Robert Mueller

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 2903

TO: (Name and address of Defendant)

Robert Mueller
395 Pennsylvania Ave. NW
Washington, DC 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013
212-925-1208

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          MAR 19 2008

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/20/08 |
| NAME OF SERVER (PRINT) David Cheuk | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by certified mail.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/20/08
_____
Date                    Signature of Server

The Law Office of Theodore N. Cox, Esq.
401 Broadway, Suite 701
Address of Server
New York, NY 10013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern       District of       New York

Pi Wan CHEN and Ji Xian XIAO

V.

Michael Chertoff, Emilio T. Gonzalez, Michael Mukasey, Robert Mueller

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



08 CV 2903

TO: (Name and address of Defendant)

Michael Mukasey
Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013
212-925-1208

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 19 2008

CLERK                                                              DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/20/08 |
| NAME OF SERVER (PRINT)  David Cheuk | TITLE  Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served by certified mail.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/20/08
                  Date                    Signature of Server

Address of Server

The Law Office of Theodore N. Cox, Esq.
401 Broadway, Suite 701
New York, NY 10013

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# JUDGE CASTEL UNITED STATES DISTRICT COURT

Southern                    District of                    New York

Pi Wan CHEN and Ji Xian XIAO

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Emilio T. Gonzalez, Michael Mukasey, Robert Mueller

CASE NUMBER:

TO: (Name and address of Defendant)

Michael Chertoff
Secretary of Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013
212-925-1208

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    MAR 19 2008

CLERK                                  DATE

(By) DEPUTY CLERK

§AO 440 (Rev. 8/01) Summons in a Civil Action

|  |  |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE 3/20/08 |
| NAME OF SERVER (PRINT) David Cheuk | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served by certified mail.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/20/08
                Date

Signature of Server

The Law Office of Theodore N. Cox, Esq.
401 Broadway, Suite 701
New York, NY 10013

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# JUDGE CASTEL UNITED STATES DISTRICT COURT

Southern District of New York

Pi Wan CHEN and Ji Xian XIAO

## SUMMONS IN A CIVIL ACTION

V.

Michael Chertoff, Emilio T. Gonzalez, Michael Mukasey, Robert Mueller

CASE NUMBER:

  

08 CV 2903

TO: (Name and address of Defendant)

Emilio Gonzalez
Secretary of Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013
212-925-1208

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 19 2008

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/20/08 |
| NAME OF SERVER (PRINT) David Cheuk | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by certified mail.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/20/08
             Date

Signature of Server

The Law Office of Theodore N. Cox, Esq.
Address of Server 401 Broadway, Suite 701
New York, NY 10013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, a copy of the summons and complaint, were served by CERTIFIED MAIL on:

U.S. Attorney's Office    7001 2510 0000 1225 2484
Southern District of New York
Southern District
86 Chambers Street
New York, NY

Michael Mukasey    7001 2510 0000 1225 2507
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20528

Michael Chertoff    7001 2510 0000 1225 2491
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez    7001 2510 0000 1225 2521
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Robert Mueller    7001 2510 0000 1225 2514
Director, Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

_____
David Cheuk, Paralegal
Law Office of Theodore N. Cox
401 Broadway, Suite 701
New York, New York 10013
(212) 925-1208