UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
PI WAN CHEN and JI XIAN XIAO,          :
                                        :
                Plaintiffs,   :         **ECF CASE**
                                        :
    v.                                :
                                        :         08 Civ. 2903 (PKC)
MICHAEL CHERTOFF, et al.,               :
                                        :
                Defendants.   :         NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         April 7, 2008

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York

                     By:    /s/_____
                                  F. JAMES LOPREST, JR.
                                  Special Assistant United States Attorney
                                  86 Chambers Street, 3rd Floor
                                  New York, New York 10007
                                  Telephone: (212) 637-2728
                                  Facsimile: (212) 637-2786
                                  Email: james.loprest@usdoj.gov

TO:    Theodore Cox, Esq.
         401 Broadway, Suite 701
         New York, NY 10013