MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PI WAN CHEN (A95 384 906)
and JI XIAN XIAO (A73 488 645,                  :

              Plaintiffs,                :   STIPULATION AND ORDER OF
                                                                        SETTLEMENT AND DISMISSAL
             - v. -                           :
                                                                        08 Civ. 2903 (PKC)
MICHAEL CHERTOFF, et al.,
                                                               :
             Defendants.
-------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

ORIGINAL

      IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action

be, and hereby is, dismissed as moot, without costs or attorney's fees to either party.

Dated:   New York, New York
         May 23, 2008                   By:   _____
                                                                        THEODORE N. COX, ESQ.
                                                                        Attorney for Plaintiffs
                                                                        401 Broadway, Suite 701
                                                                        New York, NY 10013
                                                                        Tel. No.: (212) 925-1208

Dated:   New York, New York                     MICHAEL J. GARCIA
         May 27, 2008                         United States Attorney for the
                                                                        Southern District of New York
                                                                        Attorney for Defendants

                                                              By:   _____
                                                                        F. JAMES LOPREST, JR. (FJL:3210)
                                                                        Special Assistant United States Attorney
                                                                        86 Chambers Street, 4th Floor
                                                                        New York, NY 10007
                                                                        Tel. No.: (212) 637-2728
                                                                        james.loprest@usdoj.gov

SO ORDERED:
_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
5-28-08